20210615124509

AO 440 (Rev. 06/12) Summons in a Civil Action    **RETURN OF SERVICE**

SERVICE OF: **SUMMONS AND COMPLAINT, PRAYER FOR RELIEF, EXHIBIT**
EFFECTED (1) BY ME: Angela Roy
TITLE: **PROCESS SERVER**    DATE: 6/16/21 @ 8:30 AM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

MIDLAND CREDIT MANAGEMENT, INC., C/O CORPORATION SERVICE COMPANY

Place where served:

80 STATE STREET    ALBANY   NY   12231

[A] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

"John Doe" Name refused, Authorized Agent of CSC

Relationship to defendant _____

Description of Person Accepting Service:

SEX: M  AGE: 35  HEIGHT: 5'11"  WEIGHT: 200 lb  SKIN: White  HAIR: Brown  OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 6/16/2021    _____ L.S.
SIGNATURE OF Angela Roy
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   TAMIR SALAND, ESQ.
PLAINTIFF:  LEAH WEISS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY
DEFENDANT:  SITUATED
VENUE:      MIDLAND CREDIT MANAGEMENT, INC.
DOCKET:     DISTRICT
COMMENT:    1 21 CV 03236 PKC VMS