| From: | Jonathan.Marmo@hklaw.com |
| --- | --- |
| To: | Tamir Saland |
| Subject: | RE: Activity in Case 1:21-cv-03236-PKC-VMS Weiss v. Midland Credit Management, Inc Scheduling Order |
| Date: | Monday, July 19, 2021 2:07:47 PM |

Good Afternoon,

Yes, I am aware. Thank you for the message.

Jonathan Marmo | Holland & Knight
Associate
Holland & Knight LLP
2929 Arch Street, Suite 800 | Philadelphia Pennsylvania 19104
Phone 215.252.9568 | Fax 215.867.6070
jonathan.marmo@hklaw.com | https://url.emailprotection.link/?bVIorjuO2h04VG31D2yQIwY14aznhJrXN2GyiJmQ0sTKcsSlmSng_ZpNSc43soO-5RrtXSUGkI3LPkaC9QSjyLw~~


-----Original Message-----
From: Tamir Saland <tsaland@SteinSaksLegal.com>
Sent: Monday, July 19, 2021 1:43 PM
To: Marmo, Jonathan M (PHL - X49568) <Jonathan.Marmo@hklaw.com>
Subject: FW: Activity in Case 1:21-cv-03236-PKC-VMS Weiss v. Midland Credit Management, Inc Scheduling Order


[External email]

Mr. Marmo,

Please advise that you are aware of the Court conference, scheduled for 10/13/2021 at 11:00 AM before Magistrate Judge Scanlon.

Upon confirmation, I will file proof of service with the Court.

Thank you,

Tamir

Tamir Saland, Esq.
Stein Saks, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
P. (201) 282-6500 ext 122
F. (201) 282-6501
steinsakslegal.com

PLEASE NOTE OUR NEW ADDRESS

-----Original Message-----
From: ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
Sent: Friday, July 2, 2021 12:54 PM
To: nobody@nyed.uscourts.gov
Subject: Activity in Case 1:21-cv-03236-PKC-VMS Weiss v. Midland Credit Management, Inc Scheduling Order

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Eastern District of New York

Notice of Electronic Filing
The following transaction was entered  on 7/2/2021 12:54 PM EDT and filed on 7/2/2021

Case Name: Weiss v. Midland Credit Management, Inc Case Number: 1:21-cv-03236-PKC-VMS https://url.emailprotection.link/?b78HFzOlXuzyzCJDqP8rfudf2Bmjcw1wHqKjc5JGSl22vjwa3X8QwN8h546Uk1QZR3wcVA5F93U-VVUqDjXjESUurloGpzDdJi_jjfyfbI3Hyas5Y4PSiu-lFRxy8rwNgU01g7hczGZMJX9-GsPm3iQRz3iqSe88ca1x-rpx7bJuX_utmDPvefVl4kTeRVRRgSO_vUgbMAgjQ50SiIbtlwQaWf4qSt1u0XgWaopq6YZWqHsT2noaLFMpvdWKM_wqlVwV7bGV2r4fFL2UneaF-67qrEwvN9prNqUwWbAATALtpzIMFORYfvASGoR9fb8reVqVflJRbTyaka8ssdY8Q-0y1DHfQaysEleGekCtWz_c5y-HIjn61WWDbBMERToaD

Filer:

Document Number: 5

Copy the URL address from the line below into the location bar of your Web browser to view the document:
https://url.emailprotection.link/?bKYQYQSMZxBqdczYkuGqqg25r44opO4saiY2INuK3z-tygoHq7XbkMFTArxjM0nHlYG66sXEhtDoOCAhKoKpXIRzDjzKClvJJqEDOeLZHoV7eVgl-q2w2J_l0EYQ87Pzmyh2bPYt2LvtwnM06tFDgtAa6VZ1J3dZ444t6BNXU9IXLPxm6HBY0A0dsH-4PUw_IY3kGWxWJp-v8Aw5KLktgPKJ23TyWspnbZ34qWoHQFHHb-kjJLtUcj5Rk1EuP27P1grONjEk-6aNXNs7LaG21oG4oEP00HqtE0tKznepAiToPcYPyAit_e3zbjInrJon7ITNL8gzsNiZsOWd7u0ex4j7w6F2ZS5KwRd3RYqHrGmk_D42f-wZ2IWHY1URRX4RS-jexWOO6Le7UWD2CIdGCE5bzSi25zmd2Ati7SGo8ojY~

Docket Text:
ORDER: As set forth in the attached
Order, a Telephonic Initial Conference is scheduled for 10/13/2021 at 11:00 AM before Magistrate Judge Scanlon and, in addition to counsel, Plaintiff will appear. The parties must complete the attached joint proposed scheduling order and file on ECF no later than 10/5/2021. The parties are to call 877-336-1829 and type in the access code 3581283 for the AT&T conference bridge. Please do not use the speaker function on your phone, remember to identify yourselves every time you speak, and speak slowly and deliberately for purposes of the record. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. Plaintiff is directed to serve a copy of this Order upon Defendants and file proof of service on the docket. Ordered by Magistrate Judge Vera M. Scanlon on 7/2/2021. (Slamovits, Gabriel)

1:21-cv-03236-PKC-VMS Notice has been electronically mailed to:
Tamir Saland  tsaland@steinsakslegal.com, ysaks@steinsakslegal.com

1:21-cv-03236-PKC-VMS Notice will not be electronically mailed to:

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: n/a
 Electronic document Stamp:
 [STAMP NYEDStamp_ID=875559751 [Date=7/2/2021] [FileNumber=15981344-0]
[7f0a433501771ee8db8b747cc96fc29a9aaa2bb50c53c84e321f751b9521a188f1ff031a637d6397c1e289eff0e13903b69057ef35f02b5e30ebafcea54a92ad]]

_____

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.