UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------x

Leah Weiss, individually and on behalf of all others similarly situated,

    Plaintiff,

 -v.-

Midland Credit Management, Inc.,

    Defendants.

----------------------------------------x

Civil Action No: 1:21-cv-3236

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Leah Weiss and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this party is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** August 31, 2021

| For Plaintiff Leah Weiss | For Defendant Midland Credit Management, Inc. |
|---|---|
| *s/Tamir Saland* | *s/Jonathan Marmo* |
| Tamir Saland | Jonathan Marmo |
| Stein Saks, PLLC | Holland & Knight LLP |
| One University Plaza | 2929 Arch street Suite 800 |
| Hackensack, NJ 07601 | Philadelphia, PA 19104 |
| 201-282-6500 | 215-252-9568 |
| tsaland@steinsakslegal.com | Jonathan.marmo@hklaw.com |

|  |  |
|--|--|
|  |  |

## CERTIFICATE OF SERVICE

I certify that on August 31, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Tamir Saland*
Tamir Saland
*Attorneys for Plaintiff*
